*Attorneys for Defendant Vinik Marine, Inc. and Vinik Marine Services, LLC*
Joseph J. Perrone Esq. (NJ Bar No. 027341989)
Giuliano McDonnell & Perrone, LLP
2001 US Hwy 46, Suite 104, Parsippany, New Jersey 07054
Tel: 973-302-0120

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER, CORPORATION d/b/a AMTRAK, | Case No. **24-cv-04874-MCA-JBC** |
| Plaintiff, | |
| – against – | |
| VINIK MARINE, INC. a corporation, VINIK MARINE SERVICES, LLC and JOHN DOES 1-10 and ABC Corps. 1-10, being the persons, firms, or Corporations who owned, operated and/or chartered the LIZ VINIK at the time in question, | |
| Defendants. | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), a disclosure statement is required to be filed by any non-government corporate party, including those seeking to intervene.

The undersigned counsel certifies that Defendants Vinik Marine, Inc. and Vinik Marine Services, LLC are non-governmental corporations and that:

The parties do not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of the parties' stock.

Dated:     July 15, 2024
           New York, New York

                                    Respectfully submitted,

                                    GIULIANO MCDONNELL & PERRONE, LLP
                                    *Attorneys for Defendants Vinik Marine, Inc. &
                                    Vinik Marine Services LLC*

                          By:              s/*Joseph J. Perrone*
                                    Joseph J. Perrone, Esq.
                                    William M. Fennell, Esq. (Admission Pro Hac
                                    Vice Forthcoming)
                                    2001 US Hwy 46, Suite 104
                                    Parsippany, NJ 07054
                                    Tel: 646-328-0120
                                    Email: JPerrone@GMPlawfirm.com
                                    WFennell@GMPlawfirm.com
                                    Reference No.: E647

TO (*via* ECF):

Charles W. Mondora, Esq.
Rachel S. Rubenstein, Esq.
Thomas J. Patania, Esq.
Landman Corsi Ballaine & Ford P.C.
*Attorneys for Plaintiff National Railroad Passenger Corp.*
One Gateway Center, 22nd Floor
Newark, NJ 07102
Tel: 973-623-2700