# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
### (973) 776-7700

| | |
|---|---|
| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>50 WALNUT ST. ROOM 2060<br>NEWARK, NJ 07102 |

May 27, 2025

## LETTER ORDER

Re: **National Railroad Passenger Corporation v. Vinik Marine, Inc., et al.**
    **Civil Action No. 24-4874 (MCA)**

Dear Counsel,

As discussed during the telephone conference held in this matter earlier today, and for the reasons set forth on the record, the Court orders as follows:

1) With respect to the issues raised in the parties' May 16, 2025 joint letter to the Court [Dkt. No. 35], the Court orders the following:

    a. Defendants' Federal Rule of Civil Procedure 30(b)(6) testimony: Plaintiff may serve Defendants with ten (10) written questions targeting specific facts underlying Defendants' affirmative defenses.

    b. Defendants' Responses to Plaintiff's First Set of Interrogatories: Defendants shall produce the relevant 2692 Form(s) to Plaintiff.

    c. Defendants' Responses to Plaintiff's First Set of Requests for Admissions: Plaintiff may request clarification regarding the basis for Defendants' denials.

    d. Amtrak's Objections to Written Discovery Requests: The parties shall address specific objections as they arise.

    e. Amtrak's Production of Responsive Correspondence: The parties shall meet and confer regarding custodians and search terms.

   f. Useful Life & Fender Maintenance/Repair Reports, Switch From "In Kind" Replacement to Floating Barge and The Gateway/Portal Bridge North Project: Defendants shall explore the aforementioned areas of discovery during the Federal Rule of Civil Procedure 30(b)(6) deposition of Plaintiff.

   g. Amtrak's Withheld Documents: Upon receipt of the applicable waiver, Plaintiff shall produce responsive information to Defendants.

2) Fact discovery shall be completed by **November 30, 2025**.

3) The Court will conduct a telephone status conference with the parties on **September 30, 2025 at 12:00 PM**. Counsel for Defendants shall initiate the call.

**IT IS SO ORDERED.**

                s/ James B. Clark, III
                **JAMES B. CLARK, III**
                **United States Magistrate Judge**