# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
### (973) 776-7700

CHAMBERS OF  
**JAMES B. CLARK, III**  
**UNITED STATES MAGISTRATE JUDGE**

U.S. COURTHOUSE  
50 WALNUT ST. ROOM 2060  
NEWARK, NJ 07102

September 30, 2025

## LETTER ORDER

Re:  **National Railroad Passenger Corporation v. Vinik Marine, Inc., et al.**
     **Civil Action No. 24-4874 (MCA)**

Dear Counsel,

As discussed during the telephone conference held in this matter earlier today, and for the reasons set forth on the record, the Court orders as follows:

1) With respect to the issue raised in the parties' August 22, 2025 letter to the Court [Dkt. No. 45], Plaintiff is directed to review the relevant documents in non-party Hardesty & Hanover, LLC's possession and identify confidential/protected information contained therein. The Subpoena served on Hardesty & Hanover, LLC by Defendants shall continue to be held in abeyance pending further order of the Court.

2) Fact discovery shall be completed by **January 15, 2026**.

3) The Court will conduct a telephone status conference with the parties on **January 12, 2026 at 11:00 AM**. Counsel for Plaintiff shall initiate the call.

**IT IS SO ORDERED.**

                                            s/ James B. Clark, III  
                                            **JAMES B. CLARK, III**  
                                            **United States Magistrate Judge**